NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**LARRY HOLMBERG,**
*Plaintiff-Appellant*

v.

**STEALTH CAM, LLC,**
*Defendant-Cross-Appellant*

2016-1070, -1135

Appeals from the United States District Court for the District of Minnesota in No. 0:11-cv-00248-DWF-LIB, Judge Donovan W. Frank.

**ON MOTION**

**O R D E R**

The parties jointly move to stay these appeals pending the district court's disposition of their motion for an indicative ruling as to whether it would grant a motion to vacate its claim construction order and final judgment due to settlement. Larry Holmberg separately moves unopposed for an extension of time to file his opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to stay the appeals is granted. These appeals are stayed.

(2) No later than 14 days from issuance of the district court's decision as to an indicative ruling, the parties are directed to inform this court how they believe these appeals should proceed.

(3) Mr. Holmberg's motion for an extension of time is denied as moot.

                                          FOR THE COURT

                                          /s/ Daniel E. O'Toole
                                          Daniel E. O'Toole
                                          Clerk of Court

s32